IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 21-cv-1124-JPG |
| | : | |
| $69,850.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| | : | |
| DEFENDANTS. | : | |

## **JUDGMENT AND DECREE FOR FORFEITURE**

Pending before the Court is the Motion for Judgement of Forfeiture filed by the United States of America (Doc. 10). On September 12, 2021, Plaintiff United States of America filed a Verified Complaint for Forfeiture against Defendant, described as $69,850.00 in United States Currency (Doc. 1). The Complaint alleges that the currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801, *et seq*., and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court, and the United States Marshals Service seized the property on October 8, 2021 (Doc. 6). Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning September 18, 2021 (Doc. 7). On December 9, 2021, the Clerk of Court entered default as to Antony Rought, Michelle Rought, and all interested parties (Doc. 9).

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered against all interested parties and in favor of Plaintiff United States of America. The property, described as $69,850.00 in United States Currency is hereby ordered forfeited to the United States

of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

**IT IS SO ORDERED.**

**DATED:** January 3, 2022

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**
